**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 21-10994 | JDL | Judge: | Janice D. Loyd | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | WRIGHT BROTHERS AIRCRAFT TITLE, INC. | | | | Date Filed (f) or Converted (c): | 04/19/2021 (f) |
| | | | | | 341(a) Meeting Date: | 09/28/2021 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 02/10/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wire transfers on motion to incur debt (u) | Unknown | 250,000.00 | | 250,000.00 | FA |
| 2. Cash | Unknown | Unknown | | 0.00 | Unknown |
| 3. Bank Accounts<br><br>Bank of America 9081 - Unknown balance<br>Bank of America 9094 - Unknown balance<br>CrossFirst Bank 5964 - $1,401.77 balance<br>CrossFirst Bank 6592 - $50.00 balance<br>CrossFirst Bank 0191 - Unknown balance | Unknown | Unknown | | 0.00 | Unknown |
| 4. Deposits | Unknown | Unknown | | 0.00 | Unknown |
| 5. Prepayments | Unknown | Unknown | | 0.00 | Unknown |
| 6. Accounts receivable | Unknown | Unknown | | 0.00 | Unknown |
| 7. Funds or stocks | Unknown | Unknown | | 0.00 | Unknown |
| 8. Non-traded stocks or interests | Unknown | Unknown | | 0.00 | Unknown |
| 9. Bonds | Unknown | Unknown | | 0.00 | Unknown |
| 10. Office furniture | Unknown | Unknown | | 0.00 | Unknown |
| 11. Office fixtures | Unknown | Unknown | | 0.00 | Unknown |
| 12. Office equipment | Unknown | Unknown | | 0.00 | Unknown |
| 13. Vehicle in possession of Debra Mercer | Unknown | Unknown | | 0.00 | Unknown |
| 14. Real property | Unknown | Unknown | | 0.00 | Unknown |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 21-10994 | JDL | Judge: | Janice D. Loyd | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | WRIGHT BROTHERS AIRCRAFT TITLE, INC. | | | | Date Filed (f) or Converted (c): | 04/19/2021 (f) |
| | | | | | 341(a) Meeting Date: | 09/28/2021 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 02/10/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Interests in Insurance<br><br>Insured: Wright Brothers Aircraft Title, Inc.<br>Insurer: Those Underwriters at Lloyd's, London and Companies<br>Policy Type: Crime Insurance Policy<br>Primary Policy No.: B1230FC05174A20<br>Policy Period: 17 November 2020 – 17 November 2021<br>First Excess Policy No.: B1230FC05174B20<br>Policy Period: 17 November 2020 – 17 November 2021<br>Second Excess Policy. No.: B1230FC05174C20<br>Policy Period: 17 November 2020 – 17 November 2021 | Unknown | Unknown | | 0.00 | Unknown |
| 16. Causes of Action<br><br>Unknown/under investigation | Unknown | Unknown | | 0.00 | Unknown |
| 17. Other contingent and unliquidated claims or causes of action | Unknown | Unknown | | 0.00 | Unknown |
| 18. Trusts, equtable or future interests in property<br><br>Unknown/under investigation | Unknown | Unknown | | 0.00 | Unknown |
| 19. Other property of any kind not already listed<br><br>Unknown/under investigation | Unknown | Unknown | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | | $0.00 | $250,000.00 | | $250,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 3, 2022 Accountant and special counsel still investigating.
January 11, 2022 Prepare motion to hire special counsel.
December 3, 2021 Asset under ongoing investigations.
September 20, 2021 Received wire transfers regarding the motion to incur debt [doc 109].

| | |
|---|---|
| Initial Projected Date of Final Report (TFR): 04/18/2025 | Current Projected Date of Final Report (TFR): 04/18/2025 |

Trustee Signature:　　/s/ DOUGLAS N. GOULD, TRUSTEE　　　Date: 04/12/2022

DOUGLAS N. GOULD, TRUSTEE
5500 N. Western Ave., Ste. 150
Oklahoma City, OK 73118
(405) 286-3338
dg@dgouldlaw.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 21-10994  
Case Name: WRIGHT BROTHERS AIRCRAFT TITLE, INC.  
Taxpayer ID No: XX-XXX1354  
For Period Ending: 03/31/2022  

Trustee Name: DOUGLAS N. GOULD, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX2589  
Checking  
Blanket Bond (per case limit): $7,478,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $46,300.00 | | $46,300.00 |
| 09/20/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $19,750.00 | | $66,050.00 |
| 09/20/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $30,875.00 | | $96,925.00 |
| 09/20/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $24,700.00 | | $121,625.00 |
| 09/20/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $35,800.00 | | $157,425.00 |
| 09/20/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $92,575.00 | | $250,000.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $250,000.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $250,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $250,000.00 | $0.00 |

Page Subtotals:   $250,000.00   $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2589 - Checking | $250,000.00 | $0.00 | $250,000.00 |
|  | $250,000.00 | $0.00 | $250,000.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $250,000.00 |
| Total Gross Receipts: | $250,000.00 |

Trustee Signature:   /s/ DOUGLAS N. GOULD, TRUSTEE   Date: 04/12/2022

DOUGLAS N. GOULD, TRUSTEE
5500 N. Western Ave., Ste. 150
Oklahoma City, OK 73118
(405) 286-3338
dg@dgouldlaw.net

Page Subtotals:   $0.00   $0.00