# U.S. BANKRUPTCY COURT WESTERN DISTRICT OF OKLAHOMA
## TRANSCRIPT/MULTIMEDIA REQUEST

| | |
|---|---|
| 1. ORDER REQUEST<br>◯ TRANSCRIPT   ⦿ MULTIMEDIA* | 2. DATE OF ORDER<br>07/05/2022   **FILED** |
| 3. NAME OF PERSON ORDERING<br>Tanya Eiserer | 4. EMAIL ADDRESS   JUL 15 2022<br>teiserer@wfaa.com   DOUGLAS E. WEDGE<br>CLERK, U.S. BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLAHOMA<br>BY: _____ DEPUTY |
| 5. MAILING ADDRESS<br>606 Young Street | 6. PHONE NUMBER<br>(817) 228-3514 |
| 7. CITY AND STATE<br>Dallas, Texas | 8. ZIP CODE<br>75202 |
| 9. CASE NUMBER OF HEARING<br>21-10994-JDL | 10. CASE STYLE OF HEARING<br>Wright Brothers Aircraft Title |
| 11. JUDGE PRESIDING AT HEARING<br>Janice Loyd | 12. DATE(S) OF HEARING<br>From 05/26/2021 to 05/26/2021 |
| 13. ORDER IS FOR:   ☐ APPEAL   ☑ BANKRUPTCY   ☐ ADVERSARY<br>☐ OTHER _____ | |

14. PORTIONS REQUESTED (Indicate the portion of the hearing requested)
- ☐ Voir Dire
- ☐ Opening Statement (Plaintiff)
- ☐ Opening Statement (Defendant)
- ☐ Closing Statement (Plaintiff)
- ☐ Closing Statement (Defendant)
- ☑ Entire Proceeding
- ☐ Court Ruling Only
- ☐ Testimony of (Specify Name) _____
- ☐ Other: _____

15. TRANSCRIPTS ONLY: Specify the amount of time for the preparation of the transcript. Shorter time periods include higher transcription rates:

☑ Ordinary    ☐ 14 Day Expedited    ☐ 7 Day Expedited
☐ Daily       ☐ Hourly

16. NUMBER OF COPIES REQUESTED: Transcript request includes 1 copy for the Court.
_____ Transcript    1.00 Multimedia*

By signing below, I certify that I will pay all charges for the preparation of the transcript, including the deposit and additional charges as specified by the assigned court reporter/transcriptionist:

_____   7-5-22
Signature of Person Ordering    Date

*Multimedia file will contain audio. It may or may not include video. File sizes may be large.