

DLA Piper UK LLP
160 Aldersgate Street
London
EC1A 4HT
United Kingdom
DX 33866 Finsbury Square
T +44 20 7796 6869
F +44 20 7796 6666
W www.dlapiper.com

United States Bankruptcy Court
Western District of Oklahoma
215 Dean A. McGee Ave.
Oklahoma City, OK 73102
USA

**FILED**

DEC 29 2022

DOUGLAS E. WEDGE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY:_____DEPUTY

November 29, 2022

**By courier**

Dear Sirs

**WRIGHT BROTHERS AIRCRAFT TITLE, INC.**

**CASE NO.: 21-10994**

We refer to the above matter. We, DLA Piper UK LLP, filed the Proof of Claim (Official form 410) dated December 1, 2021 on behalf of Offshore Jets Limited.

Please note that this firm no longer acts for Offshore Jets Limited in connection with this matter.

We should be grateful therefore if the Court would update its file accordingly and direct future notices and correspondence to Offshore Jets Limited in connection with Case No. 21-10994 to:

> Offshore Jets Limited
> FAO: Lucy Clitherow, Volare Aviation
> The Cube, Hangar 14, Langford Lane, Oxford Airport, Oxfordshire OX5 1QX
> Telephone number: +44 781 697 3805
> Email address: lucy@volareaviation.co.uk

Yours faithfully

*DLA Piper UK LLP*

**DLA PIPER UK LLP**

DLA Piper UK LLP is authorised and regulated by the Solicitors Regulation Authority.

DLA Piper UK LLP is a limited liability partnership registered in England and Wales (number OC307847) which is part of DLA Piper, a global law firm, operating through various separate and distinct legal entities.

A list of members is open for inspection at its registered office and principal place of business, 160 Aldersgate Street, London, EC1A 4HT and at the address at the top of this letter. Partner denotes member of a limited liability partnership.

A list of offices and regulatory information can be found at www.dlapiper.com.

UK switchboard
+44 (0) 20 7349 0296