**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 21-10994 | JDL | Judge: | Janice D. Loyd | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | WRIGHT BROTHERS AIRCRAFT TITLE, INC. | | | | Date Filed (f) or Converted (c): | 04/19/2021 (f) |
| | | | | | 341(a) Meeting Date: | 09/28/2021 |
| For Period Ending: | 03/31/2024 | | | | Claims Bar Date: | 02/10/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wire transfers on motion to incur debt (u) | Unknown | 250,000.00 | | 250,000.00 | FA |
| 2. Cash | Unknown | 0.00 | | 0.00 | FA |
| 3. Bank Accounts<br><br>Bank of America 9081 - Unknown balance<br>Bank of America 9094 - Unknown balance<br>CrossFirst Bank 5964 - $1,401.77 balance<br>CrossFirst Bank 6592 - $50.00 balance<br>CrossFirst Bank 0191 - Unknown balance | Unknown | 319,649.07 | | 319,649.07 | FA |
| 4. Deposits | Unknown | 0.00 | | 0.00 | FA |
| 5. Prepayments | Unknown | 0.00 | | 0.00 | FA |
| 6. Accounts receivable | Unknown | 0.00 | | 0.00 | FA |
| 7. Funds or stocks | Unknown | 0.00 | | 0.00 | FA |
| 8. Non-traded stocks or interests | Unknown | 0.00 | | 0.00 | FA |
| 9. Bonds | Unknown | 0.00 | | 0.00 | FA |
| 10. Office furniture | Unknown | 0.00 | | 0.00 | FA |
| 11. Office fixtures | Unknown | 0.00 | | 0.00 | FA |
| 12. Office equipment | Unknown | 0.00 | | 0.00 | FA |
| 13. Vehicle in possession of Debra Mercer | Unknown | 2,000.00 | | 0.00 | 2,000.00 |
| 14. Real property | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 21-10994       JDL | Judge: Janice D. Loyd | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WRIGHT BROTHERS AIRCRAFT TITLE, INC. | | Date Filed (f) or Converted (c): | 04/19/2021 (f) |
| | | | 341(a) Meeting Date: | 09/28/2021 |
| For Period Ending: | 03/31/2024 | | Claims Bar Date: | 02/10/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Interests in Insurance<br><br>Insured: Wright Brothers Aircraft Title, Inc.<br>Insurer: Those Underwriters at Lloyd's, London and Companies<br>Policy Type: Crime Insurance Policy<br>Primary Policy No.: B1230FC05174A20<br>Policy Period: 17 November 2020 – 17 November 2021<br>First Excess Policy No.: B1230FC05174B20<br>Policy Period: 17 November 2020 – 17 November 2021<br>Second Excess Policy. No.: B1230FC05174C20<br>Policy Period: 17 November 2020 – 17 November 2021 | Unknown | Unknown | | 0.00 | Unknown |
| 16. Causes of Action<br><br>Unknown/under investigation | Unknown | Unknown | | 0.00 | Unknown |
| 17. Other contingent and unliquidated claims or causes of action | Unknown | 4,000,000.00 | | 4,000,000.00 | FA |
| 18. Trusts, equitable or future interests in property<br><br>Unknown/under investigation | Unknown | Unknown | | 0.00 | Unknown |
| 19. Other property of any kind not already listed<br><br>Unknown/under investigation | Unknown | Unknown | | 5,500.00 | Unknown |
| 20. BMO Harris Bank - closed acct #5585 (u) | Unknown | 3,627.25 | | 3,627.25 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $0.00        $4,575,276.32        $4,578,776.32        $2,000.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 10, 2024 Cut check to pay TR counsel.
April 1, 2024 Cut checks to atty and acct.
March 26, 2024 Record outgoing wire transfer to Boies Schiller.
March 15, 2024 Record incoming wire
March 13, 2024 Prepare and file motion to compensate atty.
February 14, 2024 Cut check to pay Valid8.
January 18, 2024 Prepare motion to pay Valid8.
July 3, 2023 Cut checks to pay professionals.
June 12, 2023 Cut check to pay atty fees.
May 18, 2023 Prepare motion to pay atty fees.
February 1, 2023 Received funds from closed bank account.
January 12, 2023 Continuing investigation of alleged ponzi scheme.
September 27, 2022 Cut check to pay data processing servicer.
August 31, 2022 FIle motion to pay data processing servicer.
June 2, 2022 Received funds.
May 2, 2022 Received sponsorship refund.
March 3, 2022 Accountant and special counsel still investigating.
January 11, 2022 Prepare motion to hire special counsel.
December 3, 2021 Asset under ongoing investigations.
September 20, 2021 Received wire transfers regarding the motion to incur debt [doc 109].


Initial Projected Date of Final Report (TFR): 04/18/2025   Current Projected Date of Final Report (TFR): 04/18/2025

Trustee Signature:   /s/ DOUGLAS N. GOULD, TRUSTEE   Date: 04/26/2024

DOUGLAS N. GOULD, TRUSTEE
5500 N. Western Ave., Ste. 150
Oklahoma City, OK 73118
(405) 286-3338
dg@dgouldlaw.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 21-10994 | | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WRIGHT BROTHERS AIRCRAFT TITLE, INC. | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX2589 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1354 | | Blanket Bond (per case limit): | $7,478,000.00 |
| For Period Ending: | 03/31/2024 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $46,300.00 | | $46,300.00 |
| 09/20/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $19,750.00 | | $66,050.00 |
| 09/20/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $30,875.00 | | $96,925.00 |
| 09/20/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $24,700.00 | | $121,625.00 |
| 09/20/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $35,800.00 | | $157,425.00 |
| 09/20/21 | 1 | Administrative Priority Loan | Wire transfer | 1290-002 | $92,575.00 | | $250,000.00 |
| 05/02/22 | 19 | National Aircraft Finance Association | Refund of conference sponsorship cancelled due to Covid. | 1129-000 | $5,500.00 | | $255,500.00 |
| 06/02/22 | 3 | Raymond James | Liquidation of account | 1129-000 | $318,261.05 | | $573,761.05 |
| 06/02/22 | 3 | Raymond James | Liquidation of account | 1129-000 | $1,388.02 | | $575,149.07 |
| 06/03/22 | 2001 | INTERNATIONAL SURETIES LTD. 701 Poydras St. Suite 420 NEW ORLEANS, LA 70139 | 2022 Blanket Band Disbursement | 2300-000 | | $155.46 | $574,993.61 |
| 09/27/22 | 2002 | Valid8 Financial, Inc c/o Tod McDonald 1916 Pike Pl, Ste 12 #9 Seattle, WA 98101 | Data Processing Servicer Per Order 244 | 3991-000 | | $9,212.40 | $565,781.21 |
| 02/01/23 | 20 | BMO Harris Bank | Closing Acct #5585 | 1229-000 | $3,627.25 | | $569,408.46 |
| 06/12/23 | 2003 | DOUGLAS N. GOULD PLC 5500 N Western Ave., Ste 150 Oklahoma City, OK 73118 | ATTORNEY FEES & EXPENSES Per Order 360 | | | $11,601.00 | $557,807.46 |
| | | DOUGLAS N. GOULD PLC | | ($11,445.00) | 3110-000 | | |
| | | DOUGLAS N. GOULD PLC | | ($156.00) | 3120-000 | | |

Page Subtotals: $578,776.32   $20,968.86

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 21-10994 | Trustee Name: DOUGLAS N. GOULD, TRUSTEE |
| Case Name: WRIGHT BROTHERS AIRCRAFT TITLE, INC. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX2589 |
| | Checking |
| Taxpayer ID No: XX-XXX1354 | Blanket Bond (per case limit): $7,478,000.00 |
| For Period Ending: 03/31/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/23 | 2004 | INTERNATIONAL SURETIES LTD.<br>701 Poydras St.<br>Suite 420<br>NEW ORLEANS, LA  70139 | 2023 Blanket Bond Disbursment | 2300-000 | | $843.89 | $556,963.57 |
| 07/03/23 | 2005 | STEPHEN J. MORIARTY<br>FELLERS SNIDER<br>100 N. BROADWAY AVE., SUITE 1700<br>OKLAHOMA CITY, OK  73102-8820 | Allocated fees<br>Per Order 347 | 3210-000 | | $43,012.71 | $513,950.86 |
| 07/03/23 | 2006 | Baker Tilly US LLP<br>1050 Crown Pointe Parkway, Ste 1650<br>Atlanta, GA 30338 | Allocated fees<br>Per Order 348 | 3991-000 | | $166,987.29 | $346,963.57 |
| 02/14/24 | 2007 | Valid8 Financial, Inc<br>c/o Tod McDonald<br>1916 Pike Pl, Ste 12 #9<br>Seattle, WA 98101 | Data Processing Servicer<br>Per Order 490 | 3991-000 | | $1,287.00 | $345,676.57 |
| 03/15/24 | 17 | LLOYD'S, LONDON AND LONDON MARKET INSURANCE COMPANIES | settlement funds<br>Wire Transfer from Lloyd's pursunt to order approving settlement. | 1149-000 | $4,000,000.00 | | $4,345,676.57 |
| 03/26/24 | | Boies Schiller<br>2200 Corporate Blvd, Ste 400<br>Boca Raton, FL 33431 | Loan payoff with interest<br>Per order 485 | 5200-000 | | $282,534.50 | $4,063,142.07 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,578,776.32 | $515,634.25 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,578,776.32 | $515,634.25 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,578,776.32 | $515,634.25 |

| | | |
|---|---:|---:|
| Page Subtotals: | $4,000,000.00 | $494,665.39 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2589 - Checking | $4,578,776.32 | $515,634.25 | $4,063,142.07 |
|  | $4,578,776.32 | $515,634.25 | $4,063,142.07 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $4,578,776.32 |
| Total Gross Receipts: | $4,578,776.32 |

Trustee Signature:    /s/ DOUGLAS N. GOULD, TRUSTEE    Date: 04/26/2024

DOUGLAS N. GOULD, TRUSTEE
5500 N. Western Ave., Ste. 150
Oklahoma City, OK 73118
(405) 286-3338
dg@dgouldlaw.net

Page Subtotals:    $0.00    $0.00